| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Esther Slater McDonald (admitted *pro hac vice*)<br>emcdonald@seyfarth.com |
| 3 | Connor M. Bateman (*pro hac vice* forthcoming)<br>cbateman@seyfarth.com |
| 4 | 1075 Peachtree Street, NE<br>Suite 2500 |
| 5 | Atlanta, Georgia 30309-3962<br>Telephone: (404) 855-1500 |
| 6 | Facsimile: (404) 892-7056 |
| 7 | SEYFARTH SHAW LLP<br>Eric M. Lloyd (SBN # 254390) |
| 8 | elloyd@seyfarth.com<br>560 Mission Street, 31st Floor |
| 9 | San Francisco, California 94105<br>Telephone: (415) 397-2823 |
| 10 | Facsimile: (415) 397-8549 |
| 11 | Attorneys for Defendant |
| 12 | INFLECTION RISK SOLUTIONS, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS ALEXANDER SANTIAGO<br><br>Plaintiff,<br><br>vs.<br><br>INFLECTION RISK SOLUTIONS, LLC<br><br>Defendant. | Case No. **4**:21-cv-2563-**HSG**<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE ADR DEADLINE** |

Before the Court is the Stipulation of Plaintiff Nicholas Alexander Santiago and Defendant Inflection Risk Solutions, LLC seeking to continue the current November 22, 2021 ADR deadline through and including January 22, 2022.

Having considered the Stipulation and the supporting information, the Court is of the opinion that the Stipulation should be GRANTED.

IT IS HEREBY ORDERED:

That the Parties shall complete mediation pursuant to ADR L.R. 6 on or before January 22, 2022.

Dated: November 5, 2021

By /s/ Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.